UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DISCOVERORG DATA, LLC,

    Plaintiff,

v.

FACTSPAN, INC.,

    Defendant.

C19-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 7, is GRANTED and the deadline for defendant to file a responsive pleading or motion is EXTENDED to January 3, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2019.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1